3.    Do you have any plans, commitments, or agreements to pursue outside employment, with or without compensation, during your service with the court? If so, explain.

      **No**

4.    List sources and amounts of all income received during the calendar year preceding your nomination and for the current calendar year, including all salaries, fees, dividends, interest, gifts, rents, royalties, patents, honoraria, and other items exceeding $500 or more (If you prefer to do so, copies of the financial disclosure report, required by the Ethics in Government Act of 1978, may be substituted here.)

      **See attached Financial Disclosure Report**

5.    Please complete the attached financial net worth statement in detail (Add schedules as called for).

      **See attached Net Worth Statement**

6.
      Have you ever held a position or played a role in a political campaign? If so, please identify the particulars of the campaign, including the candidate, dates of the campaign, your title and responsibilities.

      In 1980, I was a Field Director in Thomas F. Eagleton's re-election campaign to the United States Senate. I was responsible for general campaign activity in portions of the St. Louis area and Southeast Missouri.

      In 1992, I was involved in Robert L. Holden's campaign for Missouri State Treasurer as a general unpaid advisor.

      I have not otherwise been personally involved or employed by or served in an official capacity in any other political campaigns. I have served as paid legal counsel for several campaign committees, primarily related to ethics issues.

      I have served as paid legal counsel for the following campaign committees relating to ballot propositions:

      1.    Proposition O (ballot proposition for the construction of facilities for the Olympic Festival in St. Louis) in 1992

- 23 -

STL-538592.10

Digitized by Google

2.      Proposition P (ballot proposition to fund
         support for Forest Park) in 1992

3.      Proposition L (ballot proposition for a bond
         issue for expansion of Lambert Airport)
         in 1991

4.      Proposition A (referendum relating to the
         expansion of St. Louis Art Museum) in 1992

STL-538592.10

Digitized by Google

AO-10
Rev. 1/95

**FINANCIAL DISCLOSURE REPORT**
FOR CALENDAR YEAR ~~1995~~ 1996

Report Required by the Ethics
Reform Act of 1989. Pub. L. No.
101-194. November 30, 1989
(5 U.S.C. App. 6, 101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Sippel, Rodney W. | 2. Court or Organization<br><br>United States District Court<br>for the Eastern District of Missouri | 3. Date of Report<br><br>5 /16 / 97 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>United States District Judge - Nominee | 5. Report Type (check appropriate type)<br><br>_X_ Nomination, Date 5 /15/ 97<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1 /1 /96 - 12/31/ 96 |
| 7. Chambers or Office Address<br><br>100 N. Broadway, Suite 1300<br>St. Louis MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Husch & Eppenberger |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1996 | Husch & Eppenberger Employee Profit Sharing Plan & Trust (currently invested in the ABA Retirement Program) |
| 1996 | Husch & Eppenberger partnership income and redemption of partnership interest as determined by partnership agreement upon termination |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1  1996 & 1997 | Cardinal Glennon Children's Hospital | $____ (s) |
| 2  1996 & 1997 | Husch & Eppenberger (Income) | $157,000 (annu |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

—

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sippel, Rodney W. | 5 / 16 /97 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse
and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | (EXEMPT) | | | | | |
| 1 ABA 401(k) | | | M | T | | | | | |
| 2 Manning Services Stock (S) | D | Div. | K | U | | | | | |
| 3 Exxon Common Stock (J) | A | Div. | J | T | | | | | |
| 4 Zoom Telephonics Common Stock (J) | A | Div. | J | T | | | | | |
| 5 AT&T Common Stock (J) | A | Div. | J | T | | | | | |
| 6 St. Louis Teachers Credit Union (S) | A | Int. | J | T | | | | | |
| 7 Mark Twain Bank St. Louis, MO (J) | A | Int. | J | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1. Income/Gain Codes (See Col. B1 & D4)  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000.

2. Value Codes (See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000

3. Value Method Codes (See Col. C2)  Q=Appraisal  R=Cost(real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sippel, Rodney W. | 5 /16 / 97 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

Digitized by Google